A.S. ET AL., APPELLEES, *v.* WATTS ET AL.; THREE RIVERS LOCAL SCHOOL DISTRICT, APPELLANT.

[Cite as *Sallee v. Watts*, 142 Ohio St.3d 527, 2015-Ohio-1518.]

(No. 2014–0727—Submitted March 25, 2015—Decided April 23, 2015.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

---

O'Connor, Acciani & Levy, L.P.A., Dennis C. Mahoney, and Cory D. Britt, for appellee.

David J. Balzano and David P. Bolek, for appellant.

Mazanec, Raskin & Ryder Co., L.P.A., and Frank H. Scialdone, urging reversal for amicus curiae Ohio Association of Civil Trial Attorneys.

Landskroner, Grieco, Merriman, L.L.C., and Drew Legando, urging affirmance for amicus curiae Ohio Association for Justice.